64771. PARK AVENUE BANK v. CONCRETE METAL FORMS ERECTORS, INC. et al.

BIRDSONG, Judge.
This appeal is dismissed as having been improvidently granted.
*Appeal dismissed. McMurray, P. J., and Banke, J., concur.*

DECIDED NOVEMBER 1, 1982.

*Robert Y. Dewar,* for appellant.
*F. Thomas Young, J. Converse Bright, William P. Langdale, Jr., J. Carol Sherwood, Jr., W. Emory Walters,* for appellees.